■ JANICE EKLUND, Appellant, v NANCY KLINOWSKI, Respondent. (Action No. 1.) LARRY EKLUND, Appellant, v NANCY KLINOWSKI, Respondent. (Action No. 2.) [627 NYS2d 995] —Appeal from an order of the Supreme Court (Keniry, J.), entered April 4, 1994 in Saratoga County, which granted defendant's motions for summary judgment dismissing the complaints in Action No. 1 and Action No. 2.

Order affirmed, upon the opinion of Justice William H. Keniry.

Cardona, P. J., White, Casey, Peters and Spain, JJ., concur. Ordered that the order is affirmed, with costs.